UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

INTERNATIONAL EQUITY INVESTMENTS, INC., :
AND CITIGROUP VENTURE CAPITAL :
INTERNATIONAL BRAZIL, LLC, ON BEHALF OF :
ITSELF AND CITIGROUP VENTURE CAPITAL :
INTERNATIONAL BRAZIL, L.P. (f.k.a. :
CVC/OPPORTUNITY EQUITY PARTNERS, L.P.), :
                                                                           :
                                                                           : 05 Civ. 2745 (LAK)
                                    Plaintiffs,         :
        v.                                                             :
                                                                           :
OPPORTUNITY PARTNERS LTD. (f.k.a. :
CVC/OPPORTUNITY EQUITY PARTNERS LTD.), :
DANIEL VALENTAE DANTAS, ARTHUR :
CARVALHO, OPPORTUNITY FUND, OPPORTUNITY :
PRIME INVESTMENT SERVICES, LTD, DORIO :
FERMAN and BANCO OPPORTUNITY, S.A., :
                                                                           :
                                    Defendants.     :
------------------------------------------------------------------x :
OPPORTUNITY EQUITY PARTNERS LTD AND :
OPPORTUNITY FUND, :
                                                                           :
                                    Counterclaim Plaintiffs, :
        v.                                                             :
                                                                           :
CITIGROUP, INC., CITIBANK, N.A., :
INTERNATIONAL EQUITY INVESTMENTS, INC., :
CITIGROUP VENTURE CAPITAL INTERNATIONAL :
BRASIL, L.P., AND CITIGROUP VENTURE CAPITAL :
INTERNATIONAL BRAZIL, LLC, :
                                                                           :
                                    Counterclaim Defendants. :
------------------------------------------------------------------x

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
### PURSUANT TO FRCP 41(a)(1)(A)(ii) and 41(c)

WHEREAS, the parties hereto, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(c),

have agreed to the dismissal with prejudice of:

(a) the claims asserted by Plaintiffs in the above-captioned action;

(b) the counterclaims asserted by Defendant-Counterclaimant Opportunity Equity

Partners, Ltd., in the above-captioned action; and

(c) the counterclaims asserted by Defendant-Counterclaimant Opportunity Fund, in the above captioned action.

**NOW, IT IS HEREBY STIPULATED AND AGREED**, that the action, including all claims and counterclaims asserted therein, is hereby dismissed with prejudice and without costs to any party.

Dated: April 28, 2008

**BOIES, SCHILLER & FLEXNER LLP**

By: _____
Philip C. Korologos
pkorologos@bsfllp.com
Eric Brenner
ebrenner@bsfllp.com
575 Lexington Avenue
New York, New York 10022
Phone: (212) 446-2300

George F. Carpinello
gcarpinello@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, New York 12207
Phone: (518) 434-0600
Fax: (518) 434-0665

*Attorneys for Opportunity Equity Partners Ltd., Daniel Valente Dantas, Arthur Carvalho, Opportunity Fund, and Opportunity Prime Investment Services, LTD*

**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**

By: _____
Marc Greenwald
marcgreenwald@quinnemanuel.com
51 Madison Avenue
New York, New York 10010
Phone: (212) 849-7000

*Attorneys for Banco Opportunity S.A. and Dorio Ferman*

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

By: _____
Howard S. Zelbo
hzelbo@cgsh.com
Carmine D. Boccuzzi
cboccuzzi@cgsh.com
One Liberty Plaza
New York, NY 10006
Phone: (212) 225-2000

*Attorneys for International Equity Investments, Inc., Citigroup Venture Capital International Brazil, LLC, on behalf of itself and Citigroup Venture Capital International Brazil, L.P., Citigroup, Inc., and Citibank, N.A.*

SO ORDERED:
Dated: 4/30, 2008

_____
Lewis A. Kaplan
United States District Judge

2